IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **SFC RET JOE KENNETH HARVEY, JR.,** : | |
| Plaintiff, : | |
| v. : | Case No. 4:24-cv-103-CDL-AGH |
| **BEVERLY CRAWFORD, *et al.*,** : | |
| Defendants. : | |

## **ORDER**

Presently pending before the Court are the claims of *pro se* Plaintiff Joe Kenneth Harvey, Jr., an inmate at the Wheeler Correctional Facility in Alamo, Georgia. On October 31, 2024, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* and ordered Plaintiff to either pay the filing fee in its entirety or submit a renewed motion for leave to proceed *in forma pauperis* ("IFP") explaining his present inability to pay. Plaintiff was also ordered to recast his complaint on the Court's standard form and address various deficiencies in his claims. Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of this action. *See generally* Order, Oct. 31, 2024, ECF No. 7.

The time for compliance has now passed, and Plaintiff did not recast his complaint on the Court's standard form as ordered. Plaintiff did, however, file another motion to proceed IFP (ECF No. 8). But, this motion could not have been in

response to the Court's October 31 Order because it was postmarked on October 23, 2024. Mot. to Proceed IFP Attach. 2, ECF No. 8-2. This motion also confirms that Plaintiff should have been able to pay the Court's filing fee in the time allotted. The current spendable balance in Plaintiff's prison trust fund account is $874.74, and he receives regular, substantial deposits from his spouse. Mot. to Proceed IFP Attach. 1, at 1-2, ECF No. 8-1. Plaintiff's motion (ECF No. 8) is therefore **DENIED**.

As Plaintiff was previously warned, the failure to fully and timely comply with the orders and instructions of the Court is grounds for dismissal. Plaintiff is thus **ORDERED** to **RESPOND** and **SHOW CAUSE** why this action should not be dismissed. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to respond. Plaintiff must also fully comply with the Court's October 31 Order within **FOURTEEN (14) DAYS** from the date of this Order if he wishes to continue with this action. **Failure to fully and timely comply with this Order will likely result in the dismissal of this case.** Plaintiff is also reminded of his obligation to notify the Court in writing of any change in his mailing address. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 5th day of December, 2024.

                                         s/ *Amelia G. Helmick*
                                         UNITED STATES MAGISTRATE JUDGE